Badawi, Karim A42166219
Dorm D-27 Low
425 Golden State Ave
Bakersfield, CA 93301

**LEGAL MAIL**

Detainee Generated Mail
Sent From Mesa Verde Detention Center



Hasler
06/01/2018
US POSTAGE $002.26⁰
FIRST-CLASS MAIL

ZIP 93301
011D11650079

Clerk's Office
U.S. District Court
450 Golden Gate Ave
16th Floor
San Francisco, CA 94102



LEGAL MAIL