FILED

2018 JUN -4 P 3: 23

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KARIM BADAWI

               Plaintiff,

        vs.

               Defendant.

     )
     )
     )
     )
     )
     )
     )
     )
     )
     )
     )

**CV 18 3313**

CASE NO. _____

**PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS**

JSC

I, KARIM BADAWI _____, declare under penalty of perjury that I am the plaintiff in the above

entitled case and that the information I offer throughout this application is true and correct. I offer this

application in support of my request to proceed without being required to prepay the full amount of fees and

costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give

security, and that I believe that I am entitled to relief.

IN SUPPORT OF THIS APPLICATION, I PROVIDE THE FOLLOWING INFORMATION:

1.    Are you presently employed?       YES ☐     NO ☑

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address
of your employer:

Gross: _____  Net: _____

Employer (name and address): _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages
per month which you received.  (If you are imprisoned, specify the last place of employment prior to
imprisonment.)

_____

_____

_____

1

2.   Have you received, within the past twelve (12) months, any money from any of the following sources:

   a.   Business, profession or self employment?   YES ☐   NO ☑

   b.   Income from stocks, bonds or royalties?   YES ☐   NO ☑

   c.   Rent payments?   YES ☐   NO ☑

   d.   Pensions, annuities or life insurance payments?   YES ☐   NO ☑

   e.   Federal or state welfare payments, Social Security or other government source?   YES ☐   NO ☑

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3.   Are you married?   YES ☐   NO ☑

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.   a.   List amount you contribute to your spouse's support: $ _____

   b.   List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. Do not include their names.)

_____

_____

5.   Do you own or are you buying a home?   YES ☐   NO ☑

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.   Do you own an automobile?   YES ☐   NO ☑

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total Due: $ _____

Monthly Payment: $ _____

2

7.   Do you have a bank account?                             YES ☐     NO ☑

Name(s) and address(es) of bank (do not include account numbers): _____

_____

_____

Present balance(s):  $ _____

Do you own any cash?                    YES ☐   NO ☑     Amount: $ _____

Do you have any other assets?          YES ☐   NO ☑

If "yes," provide a description of each asset and its estimated market value.

_____

_____

8.   What are your monthly expenses?

Rent:  $ _____   Utilities: _____

Food:  $ _____   Clothing: _____

9.   Do you have any charge accounts/credit cards?           YES ☐     NO ☑

If yes, list them below. (Do not include account numbers.)

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

10.  Do you have any other debts?  (List current obligations, indicating amounts and to whom they are payable.  Do not include account numbers.)

_____

_____

11.  Does the complaint you are seeking to file raise claims that have been presented in other lawsuits?

                                        YES ☐     NO ☑

If so, please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

_____

3

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

5-28-18

DATE                              SIGNATURE OF APPLICANT

4

# 42166219 : BADAWI, KARIM MOHAMAD

## 01 D NA

Main Balance:   $69.70

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---|---|---|---|---|---|---|---|
| 587553 | 4/18/2018 | CredPay | | | PAYMENT FOR TRANS 587552 | $1.00 | $94.85 |
| 587552 | 4/18/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 4/17/2018 and 4/17/2018 | | $93.85 |
| 586994 | 4/17/2018 | CredPay | | | PAYMENT FOR TRANS 586993 | $1.00 | $93.85 |
| 586993 | 4/17/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 4/16/2018 and 4/16/2018 | | $92.85 |
| 586410 | 4/17/2018 | BillPay | | | PAYMENT FOR TRANS 586409 | -$15.79 | $92.85 |
| 586409 | 4/17/2018 | Bill | $15.79 | $15.79 | Commissary : COMMISSARY 4/17/2018 REF:978 | | $92.85 |
| 586124 | 4/16/2018 | CredPay | | | PAYMENT FOR TRANS 586123 | $1.00 | $108.64 |
| 586123 | 4/16/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 4/15/2018 and 4/15/2018 | | $107.64 |
| 585936 | 4/16/2018 | CredPay | | | PAYMENT FOR TRANS 585935 | $1.00 | $107.64 |
| 585935 | 4/16/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 4/14/2018 and 4/14/2018 | | $106.64 |
| 585713 | 4/16/2018 | CredPay | | | PAYMENT FOR TRANS 585712 | $1.00 | $106.64 |
| 585712 | 4/16/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 4/13/2018 and 4/13/2018 | | $105.64 |
| 585409 | 4/16/2018 | CredPay | | | PAYMENT FOR TRANS 585408 | $30.00 | $105.64 |
| 585408 | 4/16/2018 | Credit | $30.00 | $30.00 | JPay Deposits : JPay Web Services Cash Deposit 84645330 on 4/16/2018. From CHRISTINE ESTRADA | | $75.64 |
| 584650 | 4/13/2018 | CredPay | | | PAYMENT FOR TRANS 584649 | $1.00 | $75.64 |
| 584649 | 4/13/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked | | $74.64 |

Confidential Property of Mesa Verde Detention

# 42166219 : BADAWI, KARIM MOHAMAD

01 D NA

Main Balance:                    $69.70

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---|---|---|---|---|---|---|---|
| 584189 | 4/12/2018 | CredPay | | | between 4/12/2018 and 4/12/2018<br>PAYMENT FOR TRANS 584188 | $1.00 | $74.64 |
| 584188 | 4/12/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked<br>between 4/11/2018 and 4/11/2018<br>PAYMENT FOR TRANS 583563 | | $73.64 |
| 583564 | 4/11/2018 | CredPay | | | PAYMENT FOR TRANS 583563 | $1.00 | $73.64 |
| 583563 | 4/11/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked<br>between 4/10/2018 and 4/10/2018<br>PAYMENT FOR TRANS 583054 | | $72.64 |
| 583055 | 4/10/2018 | CredPay | | | PAYMENT FOR TRANS 583054 | $1.00 | $72.64 |
| 583054 | 4/10/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked<br>between 4/9/2018 and 4/9/2018<br>PAYMENT FOR TRANS 582407 | | $71.64 |
| 582408 | 4/10/2018 | BillPay | $19.16 | $19.16 | Commissary : COMMISSARY 4/10/2018 REF:972<br>PAYMENT FOR TRANS 582036 | -$19.16 | $71.64 |
| 582407 | 4/10/2018 | Bill | | | PAYMENT FOR TRANS 582036 | $1.00 | $90.80 |
| 582037 | 4/9/2018 | CredPay | | | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked<br>between 4/8/2018 and 4/8/2018<br>PAYMENT FOR TRANS 581966 | $1.00 | $90.80 |
| 582036 | 4/9/2018 | Payroll | $1.00 | $1.00 | PAYMENT FOR TRANS 581966 | $1.00 | $89.80 |
| 581967 | 4/9/2018 | CredPay | | | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked<br>between 4/7/2018 and 4/7/2018<br>PAYMENT FOR TRANS 581681 | $1.00 | $89.80 |
| 581966 | 4/9/2018 | Payroll | $1.00 | $1.00 | PAYMENT FOR TRANS 581681 | $1.00 | $88.80 |
| 581682 | 4/9/2018 | CredPay | | | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked<br>between 4/6/2018 and 4/6/2018<br>PAYMENT FOR TRANS 581419 | $1.00 | $88.80 |
| 581681 | 4/9/2018 | Payroll | $1.00 | $1.00 | PAYMENT FOR TRANS 581419 | | $87.80 |
| 581420 | 4/9/2018 | CredPay | | | | $1.00 | $87.80 |

# 42166219 : BADAWI, KARIM MOHAMAD

## 01 D NA

Main Balance:  $69.70

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---|---|---|---|---|---|---|---|
| 581419 | 4/9/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 4/5/2018 and 4/5/2018 | | $86.80 |
| 580109 | 4/5/2018 | CredPay | | | PAYMENT FOR TRANS 580108 | $1.00 | $86.80 |
| 580108 | 4/5/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 4/4/2018 and 4/4/2018 | | $85.80 |
| 579483 | 4/4/2018 | CredPay | | | PAYMENT FOR TRANS 579482 | $1.00 | $85.80 |
| 579482 | 4/4/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 4/3/2018 and 4/3/2018 | | $84.80 |
| 578936 | 4/3/2018 | CredPay | | | PAYMENT FOR TRANS 578935 | $1.00 | $84.80 |
| 578935 | 4/3/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 4/2/2018 and 4/2/2018 | | $83.80 |
| 578722 | 4/3/2018 | CredPay | | | PAYMENT FOR TRANS 578721 | $1.00 | $83.80 |
| 578721 | 4/3/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 4/1/2018 and 4/1/2018 | | $82.80 |
| 578211 | 4/3/2018 | BillPay | | | PAYMENT FOR TRANS 578210 | -$14.14 | $82.80 |
| 578210 | 4/3/2018 | Bill | $14.14 | $14.14 | Commissary : COMMISSARY 4/3/2018 REF:963 | | $82.80 |
| 577841 | 4/2/2018 | CredPay | | | PAYMENT FOR TRANS 577840 | $1.00 | $96.94 |
| 577840 | 4/2/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 3/31/2018 and 3/31/2018 | | $95.94 |
| 577612 | 4/2/2018 | CredPay | | | PAYMENT FOR TRANS 577611 | $1.00 | $95.94 |
| 577611 | 4/2/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 3/30/2018 and 3/30/2018 | | $94.94 |

Confidential Property of Mesa Verde Detention

# 42166219 : BADAWI, KARIM MOHAMAD

01 D NA

Main Balance:     $69.70

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---|---|---|---|---|---|---|---|
| 575830 | 3/29/2018 | CredPay | | | PAYMENT FOR TRANS 575829 | $1.00 | $94.94 |
| 575829 | 3/29/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 3/28/2018 and 3/28/2018 | | $93.94 |
| 575466 | 3/28/2018 | CredPay | | | PAYMENT FOR TRANS 575465 | $1.14 | $93.94 |
| 575465 | 3/28/2018 | Credit | $1.14 | $1.14 | Commissary : COMMISSARY CREDIT 3/28/2018 REF:960 | | $92.80 |
| 575269 | 3/28/2018 | CredPay | | | PAYMENT FOR TRANS 575268 | $1.00 | $92.80 |
| 575268 | 3/28/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 3/27/2018 and 3/27/2018 | | $91.80 |
| 574652 | 3/27/2018 | CredPay | | | PAYMENT FOR TRANS 574651 | $1.00 | $91.80 |
| 574651 | 3/27/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 3/26/2018 and 3/26/2018 | | $90.80 |
| 574096 | 3/27/2018 | BillPay | | | PAYMENT FOR TRANS 574095 | -$26.92 | $90.80 |
| 574095 | 3/27/2018 | Bill | $26.92 | $26.92 | Commissary : COMMISSARY 3/27/2018 REF:957 | | $90.80 |
| 573671 | 3/26/2018 | CredPay | | | PAYMENT FOR TRANS 573670 | $1.00 | $117.72 |
| 573670 | 3/26/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 3/25/2018 and 3/25/2018 | | $116.72 |
| 573552 | 3/26/2018 | CredPay | | | PAYMENT FOR TRANS 573551 | $1.00 | $116.72 |
| 573551 | 3/26/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 3/24/2018 and 3/24/2018 | | $115.72 |
| 573318 | 3/26/2018 | CredPay | | | PAYMENT FOR TRANS 573317 | $1.00 | $115.72 |
| 573317 | 3/26/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 3/23/2018 and 3/23/2018 | | $114.72 |

Confidential Property of Mesa Verde Detention

# 42166219 : BADAWI, KARIM MOHAMAD

## 01 D NA

Main Balance: $69.70

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---|---|---|---|---|---|---|---|
| 572183 | 3/23/2018 | CredPay | | | PAYMENT FOR TRANS 572182 | $1.00 | $114.72 |
| 572182 | 3/23/2018 | Payroll | $1.00 | $1.00 | Payroll: Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 3/22/2018 and 3/22/2018 | | $113.72 |
| 571625 | 3/22/2018 | CredPay | | | PAYMENT FOR TRANS 571624 | $1.00 | $113.72 |
| 571624 | 3/22/2018 | Payroll | $1.00 | $1.00 | Payroll: Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 3/21/2018 and 3/21/2018 | | $112.72 |
| 570925 | 3/21/2018 | CredPay | | | PAYMENT FOR TRANS 570924 | $1.00 | $112.72 |
| 570924 | 3/21/2018 | Payroll | $1.00 | $1.00 | Payroll: Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 3/20/2018 and 3/20/2018 | | $111.72 |
| 570458 | 3/20/2018 | CredPay | | | PAYMENT FOR TRANS 570457 | $1.00 | $111.72 |
| 570457 | 3/20/2018 | Payroll | $1.00 | $1.00 | Payroll: Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 3/19/2018 and 3/19/2018 | | $110.72 |
| 569829 | 3/20/2018 | BillPay | | | PAYMENT FOR TRANS 569828 | -$12.42 | $110.72 |
| 569828 | 3/20/2018 | Bill | $12.42 | $12.42 | Commissary : COMMISSARY 3/20/2018 REF:948 | | $123.14 |
| 569422 | 3/19/2018 | CredPay | | | PAYMENT FOR TRANS 569421 | $1.00 | $123.14 |
| 569421 | 3/19/2018 | Payroll | $1.00 | $1.00 | Payroll: Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 3/18/2018 and 3/18/2018 | | $122.14 |
| 569181 | 3/19/2018 | CredPay | | | PAYMENT FOR TRANS 569180 | $1.00 | $122.14 |
| 569180 | 3/19/2018 | Payroll | $1.00 | $1.00 | Payroll: Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 3/17/2018 and 3/17/2018 | | $121.14 |
| 568981 | 3/19/2018 | CredPay | | | PAYMENT FOR TRANS 568980 | $1.00 | $121.14 |
| 568980 | 3/19/2018 | Payroll | $1.00 | $1.00 | Payroll: Dorm (A, B, C, D, Porter) (Pay Level $1) worked | | $120.14 |

Confidential Property of Mesa Verde Detention

# 42166219 : BADAWI, KARIM MOHAMAD

01 D NA

Main Balance: $69.70

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---|---|---|---|---|---|---|---|
| 567740 | 3/16/2018 | CredPay | | | PAYMENT FOR TRANS 567739 between 3/16/2018 and 3/16/2018 | $1.00 | $120.14 |
| 567739 | 3/16/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 3/15/2018 and 3/15/2018 | | $119.14 |
| 567634 | 3/16/2018 | CredPay | | | PAYMENT FOR TRANS 567633 | $100.00 | $119.14 |
| 567633 | 3/16/2018 | Credit | $100.00 | $100.00 | JPay Deposits : JPay Internet Credit Card Deposit 83409731 on 3/16/2018. From KARIMA BADAWI | | $19.14 |
| 567120 | 3/15/2018 | CredPay | | | PAYMENT FOR TRANS 567119 | $1.00 | $19.14 |
| 567119 | 3/15/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 3/14/2018 and 3/14/2018 | | $18.14 |
| 566567 | 3/14/2018 | CredPay | | | PAYMENT FOR TRANS 566566 | $1.00 | $18.14 |
| 566566 | 3/14/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 3/13/2018 and 3/13/2018 | | $17.14 |
| 566106 | 3/13/2018 | CredPay | | | PAYMENT FOR TRANS 566105 | $1.00 | $17.14 |
| 566105 | 3/13/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 3/12/2018 and 3/12/2018 | | $16.14 |
| 565887 | 3/13/2018 | CredPay | | | PAYMENT FOR TRANS 565886 | $1.00 | $16.14 |
| 565886 | 3/13/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 3/11/2018 and 3/11/2018 | | $15.14 |
| 565569 | 3/13/2018 | CredPay | | | PAYMENT FOR TRANS 565568 | $1.00 | $15.14 |
| 565568 | 3/13/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 3/10/2018 and 3/10/2018 | | $14.14 |

Confidential Property of Mesa Verde Detention

42166219 : BADAWI, KARIM MOHAMAD

01 D NA

Main Balance: $69.70

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---|---|---|---|---|---|---|---|
| 565330 | 3/13/2018 | CredPay | | | PAYMENT FOR TRANS 565329 | $1.00 | $14.14 |
| 565329 | 3/13/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 3/9/2018 and 3/9/2018 | | $13.14 |
| 564787 | 3/13/2018 | BillPay | | | PAYMENT FOR TRANS 564786 | -$43.75 | $13.14 |
| 564786 | 3/13/2018 | Bill | $43.75 | $43.75 | Commissary : COMMISSARY 3/13/2018 REF:938 | | $13.14 |
| 563296 | 3/9/2018 | CredPay | | | PAYMENT FOR TRANS 563295 | $1.00 | $56.89 |
| 563295 | 3/9/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 3/8/2018 and 3/8/2018 | | $55.89 |
| 562766 | 3/8/2018 | CredPay | | | PAYMENT FOR TRANS 562765 | $1.00 | $55.89 |
| 562765 | 3/8/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 3/7/2018 and 3/7/2018 | | $54.89 |
| 562176 | 3/7/2018 | CredPay | | | PAYMENT FOR TRANS 562175 | $1.00 | $54.89 |
| 562175 | 3/7/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 3/6/2018 and 3/6/2018 | | $53.89 |
| 561748 | 3/6/2018 | CredPay | | | PAYMENT FOR TRANS 561747 | $1.00 | $53.89 |
| 561747 | 3/6/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 3/2/2018 and 3/2/2018 | | $52.89 |
| 561609 | 3/6/2018 | CredPay | | | PAYMENT FOR TRANS 561608 | $1.00 | $52.89 |
| 561608 | 3/6/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 3/5/2018 and 3/5/2018 | | $51.89 |
| 561043 | 3/6/2018 | BillPay | | | PAYMENT FOR TRANS 561042 | -$21.56 | $51.89 |
| 561042 | 3/6/2018 | Bill | $21.56 | $21.56 | Commissary : COMMISSARY 3/6/2018 REF:929 | | $51.89 |

Confidential Property of Mesa Verde Detention

# Resident Transaction Details

Transactions From 12/4/2017 12:00 AM to 4/24/2018 11:59 PM

## 42166219 : BADAWI, KARIM MOHAMAD

01 D NA

Main Balance:  $69.70

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---|---|---|---|---|---|---|---|
| 590437 | 4/24/2018 | BillPay | | | PAYMENT FOR TRANS 590436 | | $69.70 |
| 590436 | 4/24/2018 | Bill | $30.15 | $30.15 | Commissary : COMMISSARY 4/24/2018 REF-988 | -$30.15 | $69.70 |
| 589963 | 4/23/2018 | CredPay | | | PAYMENT FOR TRANS 589962 | $1.00 | $99.85 |
| 589962 | 4/23/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 4/22/2018 and 4/22/2018 | | $98.85 |
| 589770 | 4/23/2018 | CredPay | | | PAYMENT FOR TRANS 589769 | $1.00 | $98.85 |
| 589769 | 4/23/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 4/21/2018 and 4/21/2018 | | $97.85 |
| 589555 | 4/23/2018 | CredPay | | | PAYMENT FOR TRANS 589554 | $1.00 | $97.85 |
| 589554 | 4/23/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 4/20/2018 and 4/20/2018 | | $96.85 |
| 588608 | 4/20/2018 | CredPay | | | PAYMENT FOR TRANS 588607 | $1.00 | $96.85 |
| 588607 | 4/20/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 4/19/2018 and 4/19/2018 | | $95.85 |
| 588128 | 4/19/2018 | CredPay | | | PAYMENT FOR TRANS 588127 | $1.00 | $95.85 |
| 588127 | 4/19/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 4/18/2018 and 4/18/2018 | | $94.85 |

Confidential Property of Mesa Verde Detention

# 42166219 : BADAWI, KARIM MOHAMAD

## 01 D NA

Main Balance: $69.70

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---|---|---|---|---|---|---|---|
| 560678 | 3/5/2018 | CredPay | | | PAYMENT FOR TRANS 560677 | $1.00 | $73.45 |
| 560677 | 3/5/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 3/4/2018 and 3/4/2018 | | $72.45 |
| 560433 | 3/5/2018 | CredPay | | | PAYMENT FOR TRANS 560432 | $1.00 | $72.45 |
| 560432 | 3/5/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 3/3/2018 and 3/3/2018 | | $71.45 |
| 559072 | 3/2/2018 | CredPay | | | PAYMENT FOR TRANS 559071 | $1.00 | $71.45 |
| 559071 | 3/2/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 3/1/2018 and 3/1/2018 | | $70.45 |
| 558474 | 3/1/2018 | CredPay | | | PAYMENT FOR TRANS 558473 | $1.00 | $70.45 |
| 558473 | 3/1/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 2/28/2018 and 2/28/2018 | | $69.45 |
| 558111 | 2/28/2018 | CredPay | | | PAYMENT FOR TRANS 558110 | $4.62 | $69.45 |
| 558110 | 2/28/2018 | Credit | $4.62 | $4.62 | Commissary : COMMISSARY CREDIT 2/28/2018 REF:927 | | $64.83 |
| 557919 | 2/28/2018 | CredPay | | | PAYMENT FOR TRANS 557918 | $1.00 | $64.83 |
| 557918 | 2/28/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 2/27/2018 and 2/27/2018 | | $63.83 |
| 557334 | 2/27/2018 | CredPay | | | PAYMENT FOR TRANS 557333 | $1.00 | $63.83 |
| 557333 | 2/27/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 2/26/2018 and 2/26/2018 | | $62.83 |
| 556705 | 2/27/2018 | BillPay | | | PAYMENT FOR TRANS 556704 | -$13.04 | $62.83 |
| 556704 | 2/27/2018 | Bill | $13.04 | $13.04 | Commissary : COMMISSARY 2/27/2018 REF:926 | | $62.83 |

Confidential Property of Mesa Verde Detention

# 42166219 : BADAWI, KARIM MOHAMAD

## 01 D NA

Main Balance: $69.70

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---|---|---|---|---|---|---|---|
| 556234 | 2/26/2018 | CredPay | | | PAYMENT FOR TRANS 556233 | $1.00 | $75.87 |
| 556233 | 2/26/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 2/25/2018 and 2/25/2018 | | $74.87 |
| 555983 | 2/26/2018 | CredPay | | | PAYMENT FOR TRANS 555982 | $1.00 | $74.87 |
| 555982 | 2/26/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 2/24/2018 and 2/24/2018 | | $73.87 |
| 555760 | 2/26/2018 | CredPay | | | PAYMENT FOR TRANS 555759 | $1.00 | $73.87 |
| 555759 | 2/26/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 2/23/2018 and 2/23/2018 | | $72.87 |
| 554608 | 2/23/2018 | CredPay | | | PAYMENT FOR TRANS 554607 | $1.00 | $72.87 |
| 554607 | 2/23/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 2/22/2018 and 2/22/2018 | | $71.87 |
| 554060 | 2/22/2018 | CredPay | | | PAYMENT FOR TRANS 554059 | $1.00 | $71.87 |
| 554059 | 2/22/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 2/21/2018 and 2/21/2018 | | $70.87 |
| 553601 | 2/21/2018 | CredPay | | | PAYMENT FOR TRANS 553600 | $1.44 | $70.87 |
| 553600 | 2/21/2018 | Credit | $1.44 | $1.44 | Commissary : COMMISSARY CREDIT 2/21/2018 REF:923 | | $69.43 |
| 553420 | 2/21/2018 | CredPay | | | PAYMENT FOR TRANS 553419 | $1.00 | $69.43 |
| 553419 | 2/21/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 2/20/2018 and 2/20/2018 | | $68.43 |
| 553273 | 2/21/2018 | CredPayV | | | VOID TRANS 553149 | -$1.00 | $68.43 |
| 553272 | 2/21/2018 | CredVoid | $1.00 | $1.00 | VOID TRANS 553148 | | $69.43 |

Confidential Property of Mesa Verde Detention

# 42166219 : BADAWI, KARIM MOHAMAD

## 01 D NA

Main Balance: $69.70

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---|---|---|---|---|---|---|---|
| 553149 | 2/21/2018 | CredPay | | | PAYMENT FOR TRANS 553148 | $1.00 | $69.43 |
| 553148 | 2/21/2018 | Payroll | $1.00 | $0.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 2/21/2018 and 2/21/2018 | | $68.43 |
| 552687 | 2/20/2018 | CredPay | | | PAYMENT FOR TRANS 552686 | $1.00 | $68.43 |
| 552686 | 2/20/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 2/19/2018 and 2/19/2018 | | $67.43 |
| 552472 | 2/20/2018 | CredPay | | | PAYMENT FOR TRANS 552471 | $1.00 | $67.43 |
| 552471 | 2/20/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 2/18/2018 and 2/18/2018 | | $66.43 |
| 552281 | 2/20/2018 | CredPay | | | PAYMENT FOR TRANS 552280 | $1.00 | $66.43 |
| 552280 | 2/20/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 2/17/2018 and 2/17/2018 | | $65.43 |
| 552071 | 2/20/2018 | CredPay | | | PAYMENT FOR TRANS 552070 | $1.00 | $65.43 |
| 552070 | 2/20/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 2/16/2018 and 2/16/2018 | | $64.43 |
| 551410 | 2/20/2018 | BillPay | $39.84 | $39.84 | PAYMENT FOR TRANS 551409 | -$39.84 | $64.43 |
| 551409 | 2/20/2018 | Bill | | | Commissary : COMMISSARY 2/20/2018 REF:921 | | $64.43 |
| 550280 | 2/16/2018 | CredPay | | | PAYMENT FOR TRANS 550279 | $1.00 | $104.27 |
| 550279 | 2/16/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 2/15/2018 and 2/15/2018 | | $103.27 |
| 549695 | 2/15/2018 | CredPay | | | PAYMENT FOR TRANS 549694 | $1.00 | $103.27 |

Confidential Property of Mesa Verde Detention

# 42166219 : BADAWI, KARIM MOHAMAD

## 01 D NA

Main Balance:     $69.70

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---------|------|------|-------------|--------------|---------|--------|-----------------|
| 549694 | 2/15/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 2/14/2018 and 2/14/2018 | | $102.27 |
| 549064 | 2/14/2018 | CredPay | | | PAYMENT FOR TRANS 549063 | $1.00 | $102.27 |
| 549063 | 2/14/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 2/13/2018 and 2/13/2018 | | $101.27 |
| 548842 | 2/14/2018 | CredPay | | | PAYMENT FOR TRANS 548841 | $100.00 | $101.27 |
| 548841 | 2/14/2018 | Credit | $100.00 | $100.00 | JPay Deposits : JPay Phone Credit Card Deposit 82070009 on 2/14/2018. From KARIMA BADAWI | | $1.27 |
| 548526 | 2/13/2018 | CredPay | | | PAYMENT FOR TRANS 548525 | | $1.27 |
| 548525 | 2/13/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 2/12/2018 and 2/12/2018 | $1.00 | $0.27 |
| 548021 | 2/13/2018 | BillPay | | | PAYMENT FOR TRANS 548020 | | $0.27 |
| 548020 | 2/13/2018 | Bill | $7.25 | $7.25 | Commissary : COMMISSARY 2/13/2018 REF:915 | -$7.25 | $0.27 |
| 547642 | 2/12/2018 | CredPay | | | PAYMENT FOR TRANS 547641 | | $7.52 |
| 547641 | 2/12/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 2/11/2018 and 2/11/2018 | $1.00 | $7.52 |
| 547436 | 2/12/2018 | CredPay | | | PAYMENT FOR TRANS 547435 | | $6.52 |
| 547435 | 2/12/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 2/10/2018 and 2/10/2018 | $1.00 | $6.52 |
| 547211 | 2/12/2018 | CredPay | | | PAYMENT FOR TRANS 547210 | | $5.52 |
| 547210 | 2/12/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 2/9/2018 and 2/9/2018 | $1.00 | $4.52 |

Confidential Property of Mesa Verde Detention

# 42166219 : BADAWI, KARIM MOHAMAD

01 D NA

Main Balance:            $69.70

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---|---|---|---|---|---|---|---|
| 546062 | 2/9/2018 | CredPay | | | PAYMENT FOR TRANS 546061 | $1.00 | $4.52 |
| 546061 | 2/9/2018 | Payroll | $1.00 | $1.00 | Payroll: Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 2/8/2018 and 2/8/2018 | | $3.52 |
| 545411 | 2/8/2018 | CredPay | | | PAYMENT FOR TRANS 545410 | $1.00 | $3.52 |
| 545410 | 2/8/2018 | Payroll | $1.00 | $1.00 | Payroll: Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 2/7/2018 and 2/7/2018 | | $2.52 |
| 544749 | 2/7/2018 | CredPay | | | PAYMENT FOR TRANS 544748 | $1.00 | $2.52 |
| 544748 | 2/7/2018 | Payroll | $1.00 | $1.00 | Payroll: Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 2/6/2018 and 2/6/2018 | | $1.52 |
| 544332 | 2/6/2018 | CredPay | | | PAYMENT FOR TRANS 544331 | $1.00 | $1.52 |
| 544331 | 2/6/2018 | Payroll | $1.00 | $1.00 | Payroll: Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 2/5/2018 and 2/5/2018 | | $0.52 |
| 543445 | 2/6/2018 | BillPay | | | PAYMENT FOR TRANS 543444 | -$7.85 | $0.52 |
| 543444 | 2/6/2018 | Bill | $7.85 | $7.85 | Commissary : COMMISSARY 2/6/2018 REF:908 | | $0.52 |
| 543094 | 2/5/2018 | CredPay | | | PAYMENT FOR TRANS 543093 | $1.00 | $8.37 |
| 543093 | 2/5/2018 | Payroll | $1.00 | $1.00 | Payroll: Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 2/4/2018 and 2/4/2018 | | $7.37 |
| 542888 | 2/5/2018 | CredPay | | | PAYMENT FOR TRANS 542887 | $1.00 | $7.37 |
| 542887 | 2/5/2018 | Payroll | $1.00 | $1.00 | Payroll: Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 2/3/2018 and 2/3/2018 | | $6.37 |
| 542707 | 2/5/2018 | CredPay | | | PAYMENT FOR TRANS 542706 | $1.00 | $6.37 |
| 542706 | 2/5/2018 | Payroll | $1.00 | $1.00 | Payroll: Dorm (A, B, C, D, Porter) (Pay Level $1) worked | | $5.37 |

Confidential Property of Mesa Verde Detention

# 42166219 : BADAWI, KARIM MOHAMAD

## 01 D NA

Main Balance:                    $69.70

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---|---|---|---|---|---|---|---|
| 541506 | 2/2/2018 | CredPay | | | between 2/2/2018 and 2/2/2018 PAYMENT FOR TRANS 541505 | $1.00 | $5.37 |
| 541505 | 2/2/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 2/1/2018 and 2/1/2018 | | $4.37 |
| 541016 | 2/1/2018 | CredPay | | | PAYMENT FOR TRANS 541015 | $1.00 | $4.37 |
| 541015 | 2/1/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 1/31/2018 and 1/31/2018 | | $3.37 |
| 540373 | 1/31/2018 | CredPay | | | PAYMENT FOR TRANS 540372 | $1.00 | $3.37 |
| 540372 | 1/31/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 1/30/2018 and 1/30/2018 | | $2.37 |
| 539759 | 1/30/2018 | CredPay | | | PAYMENT FOR TRANS 539758 | $1.00 | $2.37 |
| 539758 | 1/30/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 1/29/2018 and 1/29/2018 | | $1.37 |
| 539086 | 1/30/2018 | BillPay | | | PAYMENT FOR TRANS 539085 | -$39.22 | $1.37 |
| 539085 | 1/30/2018 | Bill | $39.22 | $39.22 | Commissary : COMMISSARY 1/30/2018 REF:896 | | $1.37 |
| 538714 | 1/29/2018 | CredPay | | | PAYMENT FOR TRANS 538713 | $1.00 | $40.59 |
| 538713 | 1/29/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 1/28/2018 and 1/28/2018 | | $39.59 |
| 538479 | 1/29/2018 | CredPay | | | PAYMENT FOR TRANS 538478 | $1.00 | $39.59 |
| 538478 | 1/29/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 1/27/2018 and 1/27/2018 | | $38.59 |
| 538235 | 1/29/2018 | CredPay | | | PAYMENT FOR TRANS 538234 | $1.00 | $38.59 |

Confidential Property of Mesa Verde Detention

42166219 : BADAWI, KARIM MOHAMAD

01 D NA

Main Balance:          $69.70

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---|---|---|---|---|---|---|---|
| 538234 | 1/29/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 1/26/2018 and 1/26/2018 | | $37.59 |
| 537031 | 1/26/2018 | CredPay | | | PAYMENT FOR TRANS 537030 | $1.00 | $37.59 |
| 537030 | 1/26/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 1/25/2018 and 1/25/2018 | | $36.59 |
| 536557 | 1/25/2018 | CredPay | | | PAYMENT FOR TRANS 536556 | $1.00 | $36.59 |
| 536556 | 1/25/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 1/23/2018 and 1/23/2018 | | $35.59 |
| 536446 | 1/25/2018 | CredPay | | | PAYMENT FOR TRANS 536445 | $1.00 | $35.59 |
| 536445 | 1/25/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 1/24/2018 and 1/24/2018 | | $34.59 |
| 535197 | 1/23/2018 | CredPay | | | PAYMENT FOR TRANS 535196 | $1.00 | $34.59 |
| 535196 | 1/23/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 1/22/2018 and 1/22/2018 | | $33.59 |
| 534259 | 1/22/2018 | CredPay | | | PAYMENT FOR TRANS 534258 | $1.00 | $33.59 |
| 534258 | 1/22/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 1/21/2018 and 1/21/2018 | | $32.59 |
| 534034 | 1/22/2018 | CredPay | | | PAYMENT FOR TRANS 534033 | $1.00 | $32.59 |
| 534033 | 1/22/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 1/20/2018 and 1/20/2018 | | $31.59 |
| 533817 | 1/22/2018 | CredPay | | | PAYMENT FOR TRANS 533816 | $1.00 | $31.59 |
| 533816 | 1/22/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked | | $30.59 |

Confidential Property of Mesa Verde Detention

42166219 : BADAWI, KARIM MOHAMAD

01 D NA

Main Balance: $69.70

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---------|------|------|-------------|--------------|---------|--------|-----------------|
| | | | | | between 1/19/2018 and 1/19/2018 | | |
| 532572 | 1/19/2018 | CredPay | | | PAYMENT FOR TRANS 532571 | $1.00 | $30.59 |
| 532571 | 1/19/2018 | Payroll | $1.00 | | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 1/18/2018 and 1/18/2018 | | $29.59 |
| 531774 | 1/18/2018 | CredPay | | | PAYMENT FOR TRANS 531773 | $1.00 | $29.59 |
| 531773 | 1/18/2018 | Payroll | $1.00 | | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 1/17/2018 and 1/17/2018 | | $28.59 |
| 531173 | 1/17/2018 | CredPay | | | PAYMENT FOR TRANS 531172 | $1.00 | $28.59 |
| 531172 | 1/17/2018 | Payroll | $1.00 | | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 1/16/2018 and 1/16/2018 | | $27.59 |
| 530598 | 1/16/2018 | CredPay | | | PAYMENT FOR TRANS 530597 | $1.00 | $27.59 |
| 530597 | 1/16/2018 | Payroll | $1.00 | | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 1/15/2018 and 1/15/2018 | | $26.59 |
| 530379 | 1/16/2018 | CredPay | | | PAYMENT FOR TRANS 530378 | $1.00 | $26.59 |
| 530378 | 1/16/2018 | Payroll | $1.00 | | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 1/14/2018 and 1/14/2018 | | $25.59 |
| 530180 | 1/16/2018 | CredPay | | | PAYMENT FOR TRANS 530179 | $1.00 | $25.59 |
| 530179 | 1/16/2018 | Payroll | $1.00 | | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 1/13/2018 and 1/13/2018 | | $24.59 |
| 529908 | 1/16/2018 | CredPay | | | PAYMENT FOR TRANS 529907 | $1.00 | $24.59 |
| 529907 | 1/16/2018 | Payroll | $1.00 | | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 1/12/2018 and 1/12/2018 | | $23.59 |

Confidential Property of Mesa Verde Detention

42166219 : BADAWI, KARIM MOHAMAD

01 D NA

Main Balance: $69.70

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---|---|---|---|---|---|---|---|
| 529709 | 1/16/2018 | CredPay | | | PAYMENT FOR TRANS 529708 | $1.00 | $23.59 |
| 529708 | 1/16/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 1/11/2018 and 1/11/2018 | | $22.59 |
| 529023 | 1/16/2018 | BillPay | | | PAYMENT FOR TRANS 529022 | -$69.59 | $22.59 |
| 529022 | 1/16/2018 | Bill | $69.59 | $69.59 | Commissary : COMMISSARY 1/16/2018 REF-885 | | $22.59 |
| 528746 | 1/15/2018 | CredPay | | | PAYMENT FOR TRANS 528745 | $50.00 | $92.18 |
| 528745 | 1/15/2018 | Credit | $50.00 | $50.00 | JPay Deposits : JPay Internet Credit Card Deposit 80928258 on 1/15/2018. From MUNA ABUELHAWWA | | $42.18 |
| 527545 | 1/11/2018 | CredPay | | | PAYMENT FOR TRANS 527544 | $1.00 | $42.18 |
| 527544 | 1/11/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 1/10/2018 and 1/10/2018 | | $41.18 |
| 526929 | 1/10/2018 | CredPay | | | PAYMENT FOR TRANS 526928 | $1.00 | $41.18 |
| 526928 | 1/10/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 1/9/2018 and 1/9/2018 | | $40.18 |
| 526681 | 1/10/2018 | CredPay | | | PAYMENT FOR TRANS 526680 | $1.00 | $40.18 |
| 526680 | 1/10/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 1/8/2018 and 1/8/2018 | | $39.18 |
| 525677 | 1/9/2018 | BillPay | | | PAYMENT FOR TRANS 525676 | -$19.65 | $39.18 |
| 525676 | 1/9/2018 | Bill | $19.65 | $19.65 | Commissary : COMMISSARY 1/9/2018 REF-880 | | $58.83 |
| 525377 | 1/8/2018 | CredPay | | | PAYMENT FOR TRANS 525376 | $1.00 | $58.83 |
| 525376 | 1/8/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 1/7/2018 and 1/7/2018 | | $57.83 |

Confidential Property of Mesa Verde Detention

# 42166219 : BADAWI, KARIM MOHAMAD

01 D NA

Main Balance: $69.70

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---|---|---|---|---|---|---|---|
| 525147 | 1/8/2018 | CredPay | | | PAYMENT FOR TRANS 525146 | $1.00 | $57.83 |
| 525146 | 1/8/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 1/6/2018 and 1/6/2018 | | $56.83 |
| 524900 | 1/8/2018 | CredPay | | | PAYMENT FOR TRANS 524899 | $1.00 | $56.83 |
| 524899 | 1/8/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 1/5/2018 and 1/5/2018 | | $55.83 |
| 523779 | 1/5/2018 | CredPay | | | PAYMENT FOR TRANS 523778 | $1.00 | $55.83 |
| 523778 | 1/5/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 1/4/2018 and 1/4/2018 | | $54.83 |
| 523051 | 1/4/2018 | CredPay | | | PAYMENT FOR TRANS 523050 | $1.00 | $54.83 |
| 523050 | 1/4/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 1/3/2018 and 1/3/2018 | | $53.83 |
| 522854 | 1/4/2018 | CredPay | | | PAYMENT FOR TRANS 522853 | $1.00 | $53.83 |
| 522853 | 1/4/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 1/2/2018 and 1/2/2018 | | $52.83 |
| 522530 | 1/4/2018 | CredPay | | | PAYMENT FOR TRANS 522529 | $1.00 | $52.83 |
| 522529 | 1/4/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 1/1/2018 and 1/1/2018 | | $51.83 |
| 521786 | 1/2/2018 | CredPay | | | PAYMENT FOR TRANS 521785 | $1.00 | $51.83 |
| 521785 | 1/2/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 12/31/2017 and 12/31/2017 | | $50.83 |
| 521575 | 1/2/2018 | CredPay | | | PAYMENT FOR TRANS 521574 | $1.00 | $50.83 |

Confidential Property of Mesa Verde Detention

# 42166219 : BADAWI, KARIM MOHAMAD

01 D NA

Main Balance:  $69.70

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---|---|---|---|---|---|---|---|
| 521574 | 1/2/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 12/30/2017 and 12/30/2017 | | $49.83 |
| 521367 | 1/2/2018 | CredPay | | | PAYMENT FOR TRANS 521366 | $1.00 | $49.83 |
| 521366 | 1/2/2018 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 12/29/2017 and 12/29/2017 | | $48.83 |
| 520618 | 1/2/2018 | BillPay | | | PAYMENT FOR TRANS 520617 | -$18.15 | $48.83 |
| 520617 | 1/2/2018 | Bill | $18.15 | $18.15 | Commissary : COMMISSARY 1/2/2018 REF:872 | | $48.83 |
| 520314 | 1/1/2018 | BillPay | | | PAYMENT FOR TRANS 520313 | -$5.50 | $66.98 |
| 520313 | 1/1/2018 | Bill | $5.50 | $5.50 | Debit Time Purchases : Phone time ordered through the Phone System | | $66.98 |
| 520288 | 1/1/2018 | CredPay | | | PAYMENT FOR TRANS 520287 | $50.00 | $72.48 |
| 520287 | 1/1/2018 | Credit | $50.00 | $50.00 | JPay Deposits : JPay Internet Credit Card Deposit 80399565 on 1/1/2018. From KARIMA BADAWI | | $22.48 |
| 519247 | 12/29/2017 | CredPay | | | PAYMENT FOR TRANS 519246 | $1.00 | $22.48 |
| 519246 | 12/29/2017 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 12/28/2017 and 12/28/2017 | | $21.48 |
| 518646 | 12/28/2017 | CredPay | | | PAYMENT FOR TRANS 518645 | $1.00 | $21.48 |
| 518645 | 12/28/2017 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 12/27/2017 and 12/27/2017 | | $20.48 |
| 518079 | 12/27/2017 | CredPay | | | PAYMENT FOR TRANS 518078 | $1.00 | $20.48 |
| 518078 | 12/27/2017 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 12/26/2017 and 12/26/2017 | | $19.48 |

## 42166219 : BADAWI, KARIM MOHAMAD

### 01 D NA

Main Balance:   $69.70

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---|---|---|---|---|---|---|---|
| 517926 | 12/27/2017 | CredPay | | | PAYMENT FOR TRANS 517925 | $1.00 | $19.48 |
| 517925 | 12/27/2017 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 12/25/2017 and 12/25/2017 | | $18.48 |
| 517713 | 12/27/2017 | CredPay | | | PAYMENT FOR TRANS 517712 | $1.00 | $18.48 |
| 517712 | 12/27/2017 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 12/24/2017 and 12/24/2017 | | $17.48 |
| 517505 | 12/27/2017 | CredPay | | | PAYMENT FOR TRANS 517504 | $1.00 | $17.48 |
| 517504 | 12/27/2017 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 12/23/2017 and 12/23/2017 | | $16.48 |
| 517318 | 12/27/2017 | CredPay | | | PAYMENT FOR TRANS 517317 | $1.00 | $16.48 |
| 517317 | 12/27/2017 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 12/22/2017 and 12/22/2017 | | $15.48 |
| 516430 | 12/26/2017 | BillPay | | | PAYMENT FOR TRANS 516429 | -$28.25 | $15.48 |
| 516429 | 12/26/2017 | Bill | $28.25 | $28.25 | Commissary : COMMISSARY 12/26/2017 REF:867 | | $15.48 |
| 515266 | 12/22/2017 | CredPay | | | PAYMENT FOR TRANS 515265 | $1.00 | $43.73 |
| 515265 | 12/22/2017 | Payroll | $1.00 | $1.00 | Payroll : Dorm (A, B, C, D, Porter) (Pay Level $1) worked between 12/21/2017 and 12/21/2017 | | $42.73 |
| 514704 | 12/21/2017 | CredPay | | | PAYMENT FOR TRANS 514703 | $3.70 | $42.73 |
| 514703 | 12/21/2017 | Credit | $3.70 | $3.70 | Commissary : COMMISSARY CREDIT 12/21/2017 REF:866 | | $39.03 |
| 512703 | 12/19/2017 | BillPay | | | PAYMENT FOR TRANS 512702 | -$8.14 | $39.03 |
| 512702 | 12/19/2017 | Bill | $8.14 | $8.14 | Commissary : COMMISSARY 12/19/2017 REF:862 | | $39.03 |

# 42166219 : BADAWI, KARIM MOHAMAD

## 01 D NA

Main Balance: $69.70

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---|---|---|---|---|---|---|---|
| 511696 | 12/18/2017 | CredPay | | | PAYMENT FOR TRANS 511695 | $40.00 | $47.17 |
| 511695 | 12/18/2017 | Credit | $40.00 | $40.00 | JPay Deposits : JPay Internet Credit Card Deposit 7987670 on 12/18/2017. From KARIMA BADAWI | | $7.17 |
| 508017 | 12/12/2017 | BillPay | | | PAYMENT FOR TRANS 508016 | | $7.17 |
| 508016 | 12/12/2017 | Bill | $42.00 | $42.00 | Commissary : COMMISSARY 12/12/2017 REF:860 | -$42.00 | $7.17 |
| 507828 | 12/11/2017 | BillPay | | | PAYMENT FOR TRANS 507827 | | $49.17 |
| 507827 | 12/11/2017 | Bill | $5.50 | $5.50 | Debit Time Purchases : Phone time ordered through the Phone System | -$5.50 | $49.17 |
| 506522 | 12/8/2017 | BillPay | | | PAYMENT FOR TRANS 506521 | | $54.67 |
| 506521 | 12/8/2017 | Bill | $5.50 | $5.50 | Debit Time Purchases : Phone time ordered through the Phone System | -$5.50 | $54.67 |
| 504644 | 12/5/2017 | Add | | | Check# 198704188 Check received from John Chiang, Treasurer State of CA Sacramento on 12/4/17 for a transferred detainee. | $60.17 | $60.17 |
| 503200 | 12/4/2017 | Open | | | RESIDENT RE-OPEN | $0.00 | $0.00 |

Confidential Property of Mesa Verde Detention