# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:18–cv–03313–JSC

Badawi v. Jennings et al  
Assigned to: Magistrate Judge Jacqueline Scott Corley  
Cause: 28:2241 Petition for Writ of Habeas Corpus

Date Filed: 06/04/2018  
Date Terminated: 06/13/2018  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**Karim Badawi**  represented by  **Karim Badawi**  
042166219  
425 Golden State Avenue  
Dorm D–27 Low  
Bakersfield, CA 93301  
PRO SE

V.

**Respondent**

**David W. Jennings**  
*Field Office Director, San Francisco Field Office, United States Immigration and Customs Enforcement*

**Respondent**

**Thomas D. Homan**  
*Acting Director, United States Immigration and Customs Enforcement*

**Respondent**

**Kirstjen M. Nielsen**  
*Secretary, United States Department of Homeland Security*

**Respondent**

**Jeff Sessions**  
*United States Attorney General*

**Respondent**

**Warden of Immigration Detention Facility**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/04/2018 | 1 | PETITION for Writ of Habeas Corpus (Filing fee $ 5.00; Receipt No. 34611134050). Filed by Karim Badawi. (Attachments: # 1 Envelope)(slhS, COURT STAFF) (Filed on 6/4/2018) (Entered: |

| | | |
|---|---|---|
| 06/04/2018 | Ï 2 | MOTION for Leave to Proceed in forma pauperis filed by Karim Badawi. (slhS, COURT STAFF) (Filed on 6/4/2018) (Entered: 06/06/2018) |
| 06/04/2018 | Ï 3 | MOTION to Appoint Counsel filed by Karim Badawi. (slhS, COURT STAFF) (Filed on 6/4/2018) (Entered: 06/06/2018) |
| 06/13/2018 | Ï 4 | **ORDER TRANSFERRING CASE. Signed by Magistrate Judge Jacqueline Scott Corley on 6/13/2018. (ahm, COURT STAFF) (Filed on 6/13/2018) (Entered: 06/13/2018)** |
| 06/14/2018 | Ï | Case electronically transferred to the Eastern District of California. (slhS, COURT STAFF) (Filed on 6/14/2018) (Entered: 06/14/2018) |