UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIM BADAWI, | Case No. 1:18-cv-00822-JDP |
| Petitioner, | ORDER SETTING BRIEFING SCHEDULE |
| v. | |
| DAVID W. JENNINGS, *et al.*, | |
| Respondents. | |

Petitioner Karim Badawi is a detainee of the U.S. Bureau of Immigration and Customs Enforcement ("ICE") who is proceeding with a petition for a writ of habeas corpus under 28 U.S.C. § 2241.

Petitioner alleges that he was born in Palestine and entered the United States legally in 1989 with a temporary Jordanian passport. (Doc. No. 1 ¶ 13.) Thereafter, following Israel's takeover of Palestine, petitioner alleges that he was left stateless. (*Id*.) He alleges that he was ordered removed from the United States at some point in 2005 and that he was detained by ICE on December 4, 2017. (*Id*. ¶¶ 13, 15, 19.) He alleges that his continued detention—which has now gone on for more than six months—is unlawful. (*Id*. ¶ 24.)

The court entered an order on June 20, 2018, requiring a response to the petition. (Doc. No. 8.) The order also provided that petitioner may file a traverse to the return within ten days of

1

the response, and the parties must notify the court within fourteen days if petitioner is released from ICE custody during the pendency of this action. (*Id*. at 2.)

Respondents filed a response to the petition on August 3, 2018. (Doc. No. 11.) The response acknowledges that petitioner entered ICE custody on December 4, 2017, and the eight months of detention exceeds the "six-month presumptively valid Period [in *Zadvydas v. Davis*, 533 U.S. 678 (2001)] by approximately two months." (*Id*. at 3.) Respondents attached a declaration from Robert R. Dutra, a U.S. Deportation Officer with ICE in the Bakersfield, California office, stating that ICE received notification from the Embassy of Hashemite Kingdom of Jordan that a travel document has been issued for petitioner. (Doc. No. 11-1 ¶ 17.) Respondents are expected to receive the travel document on August 6, 2018, and asserted that travel arrangements for petitioner's removal to Jordan would thereafter be promptly made. (*Id*.) It is expected that petitioner's removal will occur within 2-3 weeks from August 6, 2018. (*See id*.) Respondents propose to file a status report on or before October 3, 2018 with "any new information relevant to the execution of the order of removal." (Doc. No. 11, at 4.)

Given the matters at stake, the court will set a somewhat faster schedule than that proposed by respondents. The court orders that respondents must file a status report with any new information relevant to the execution of the order of removal by September 14, 2018. The court reiterates that petitioner may file a reply within ten days of respondent's response, and the parties must notify the court within fourteen days if petitioner is released from ICE custody. (Doc. No. 8 at 2.)

IT IS SO ORDERED.

Dated: August 9, 2018

UNITED STATES MAGISTRATE JUDGE

2